FILED
JAN 14 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LYONA DAVIS, </br></br>  Plaintiff, </br></br> v. </br></br> CITY OF LONG BEACH, et al., </br></br> Defendants. | Case No.  CV 08-4725-ODW (MLG) </br></br> JUDGMENT |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: January 14, 2009

_____
Otis D. Wright, II
United States District Judge